■ Harris Birnbaum, Appellant, v 225 Broadway Company, Respondent.—In an action to reform a lease, plaintiff appeals from an order of the Supreme Court, Queens County, dated May 7, 1974, which granted defendant's motion for summary judgment. Order affirmed, with $20 costs and disbursements. Plaintiff seeks to reform a written lease on the grounds of his mistake and the concealment of a lease provision by the defendant landlord, which provision, he contends, the landlord was duty bound to disclose. To warrant reformation of a lease, a showing must be made either of mutual mistake or of unilateral mistake accompanied by fraud *(Barash v Pennsylvania Term. Real Estate Corp.,* 26 NY2d 77; *Amend v Hurley,* 293 NY 587). Such a showing has not been made in this case (cf. *Pimpinello v*

*Swift & Co.,* 253 NY 159). Hopkins, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.